# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| CENTURION EQUITY, INC., | § |
| | § |
| Plaintiff, | § |
| | §  C.A. No. |
| v. | § |
| | § |
| CENTENE CORPORATION, | § |
| | § |
| Defendant. | § |

## PLAINTIFF'S FED.R. CIV. P. 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Centurion Equity, Inc. hereby states that it is a Texas corporation. No publicly traded entity owns 10% or more of Centurion Equity, Inc.

Dated April 30, 2025

**SEITZ VAN OGTROP & GREEN, P.A.**

*/s/James S. Green, Jr.*
James S. Green, Jr. (DE Bar No. 4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Phone: 302-888-7607
Email: jsgreen@svglaw.com

and

**HIRSCH & WESTHEIMER, P.C.**
Eric Lipper
(TX Bar No. 12399000; Federal ID 11442)
1415 Louisiana, 36th Floor
Houston, Texas 77002
Phone: 713-220-9181
Email:  elipper@hirschwest.com

2